IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES LEWIS McKENZIE,<br><br>         Plaintiff<br><br>     VS.<br><br>DR. SACHDEVA,<br><br>         Defendant | <br><br><br><br>**NO. 5: 03-CV-62 (DF)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION OF DISMISSAL

On March 25, 2005, defendant DR. SACHDEVA filed a Renewed Motion To Dismiss plaintiff's complaint for failure to appear at a <u>fourth</u> noticed deposition. Tab #49. Thereafter, on March 29, 2005, the undersigned advised plaintiff McKENZIE of said motion and of his duty to respond properly thereto. Plaintiff was further advised that failure to respond within twenty (20) days would result in a recommendation of dismissal. Tab #53. The plaintiff has failed to file a response to the defendants' motion. Therefore, the undersigned finds that the plaintiff has willfully refused to comply with the court's order.

Accordingly, IT IS ORDERED that the defendant's Renewed Motion To Dismiss (Tab #49) be **GRANTED** as UNCONTESTED. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the <u>LAST</u> <u>ADDRESS</u> provided by him.

SO RECOMMENDED, this 3rd day of MAY, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE