IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JAMES LEWIS McKENZIE,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:03CV62 (DF) |
| | : | |
| **DR. SACHDEVA,** | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on May 3, 2005 (tab 54). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Defendant's Motion to Dismiss (tab 49) is hereby **GRANTED.**

SO ORDERED, this 20th day of June, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew